UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT INDIANA



Eric J. MAPES
Jenelle M. Kelly-MAPES
*Plaintiff-Appellee*

v.

Hatcher Real Estate , et al

*Defendants-Appellants*

1:19-cv-2162 TWP -MJD

**COMPLAINT FORM**

A. PARTIES

1. Plaintiff(s) are disabled citizens of Indiana and resides at 4822 E. Michigan St. #4, Indpls, IN 46201

2. Defendant(s) Hatcher Real Estate et al arte citizens of Indiana and business address is 712 N. Bosart Ave, Indpls , IN 46201.

**All Defendants listed are shown on page xx and as well on the attached USMS 285 forms**

B. STATEMENT OF CLAIM

The Complaint(s) are listed on page(s) 6 for Marion County Parties. The Complaint(s) and detailed history is listed and shown on page(s) 20-31 for Hatcher Real Estate parties.

C. JURISDICTION

[ X ]   WE are suing for a violation of federal law under 28 U.S.C. § 1331.

Complaint- 1

Jurisdiction is shown on page xviii.

### D. RELIEF WANTED

Relief is also shown and listed on page  - 19 – VI. CLAIMS  A. , B. and also shown in Our Prayer to the Court found on page 44.

### E. JURY DEMAND

[ ] Jury Demand – We want a jury to hear our case

OR

[ X ] Court Trial – We want a judge to hear our case

Dated this _____day_____ of 20_____.

Respectfully Submitted in good faith,

_____

"All Rights Reserved without Prejudice(UCC1-207/UCC1-308 UCC 1-103)"

_____

"All Rights Reserved without Prejudice(UCC1-207/UCC1-308 UCC 1-103)"

Phone: (360) 660-8296

E-mail Address: mr.e.mapes@gmail.com

Mailing address: P.O. Box 47181

Indianapolis, IN 46247-0181

### REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[ X ]   WE DO request that WE be allowed to file this complaint without paying the filing fee. WE have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

Complaint- 2