UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERIC J. MAPES, | ) | |
| JENELLE M. KELLY-MAPES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-02162-JRS-MJD |
| | ) | |
| HATCHER REAL ESTATE, | ) | |
| JAMES HATCHER, | ) | |
| ETHAN HATCHER, | ) | |
| BRANDY HODGES, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

The Court having this day made its Order directing the entry of final judgment, this action is **dismissed with prejudice**.

**SO ORDERED.**

Date: 3/11/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

ERIC J. MAPES
P.O. Box 47181
Indianapolis, IN 46247-0181

JENELLE M. KELLY-MAPES
P.O. Box 47181
Indianapolis, IN 46247-0181

Christopher Paul Jeter
MASSILLAMANY & JETER LLP
chris@mjcattorneys.com